FILED
2022 Apr-22  PM 12:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO 241 (Rev. 10/16)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA

### PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
### HABEAS CORPUS BY A PERSON IN STATE CUSTODY



2022 APR 22  A II: 27

| | |
|---|---|
| **Christopher Ammons Kemp** | ) |
| Plaintiff-Petitioner | ) |
| *(Full name under which you were convicted)* | ) |
| | ) Civil Action No. **2:22-CV-509-AMM-HNJ** |
| Place of Confinement: **Bibb County Correctional Facility** | ) *(to be filled in by the Clerk's Office)* |
| Prisoner No.: **316178** | ) |
| | ) |
| -v- | ) |
| | ) |
| **Warden Christopher Gordy** | ) |
| Respondent | ) |
| *(Name of Warden, Superintendent, Jailer, or authorized person having custody of petitioner.)* | ) |
| | ) |
| and | ) |
| | ) |
| THE ATTORNEY GENERAL OF THE STATE OF ALABAMA | ) |

## PETITION

1.   (a)  Name and location of court that entered the judgment of conviction you are challenging. Do not use this form unless you were convicted in one of the following counties: BIBB, BLOUNT, CALHOUN, CHEROKEE, CLAY, CLEBURNE, COLBERT, CULLMAN, DEKALB, ETOWAH, FAYETTE, FRANKLIN, GREENE, JACKSON, JEFFERSON, LAMAR, LAUDERDALE, LAWRENCE, LIMESTONE, MADISON, MARION, MARSHALL, MORGAN, PICKENS, SHELBY, ST. CLAIR, SUMTER, TALLADEGA, TUSCALOOSA, WALKER, WINSTON.

                                                              **Jefferson County**

    (b)  Criminal docket or case number (if you know): **01-CC-2016-2693/01-CC-2016-2694**

2.   (a)  Date of the judgment of conviction (if you know): **July 20, 2018**

    (b)  Date of Sentencing: **September 27, 2019**

1

3. Length of Sentence: Two Life Sentences Run Consecutive

4. In this case, were you convicted on more than one count or more than one crime? ☑ Yes   ☐ No

5. Identify all crimes of which you were convicted and sentenced in this case: _____

① Domestic Violence 1st Degree
② Felony Murder / Burglary 1st Degree
③ Felony Murder / Domestic Violence 1st Degree

6. (a) What was your plea? (Check one)

   ☑ (1) Not guilty          ☐ (3) Nolo contendere (no contest)

   ☐ (2) Guilty              ☐ (4) Insanity plea

   (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? _____

   (c) If you went to trial, what kind of trial did you have? (Check one)

   ☑ Jury          ☐ Judge only

7. Did you testify at a pretrial hearing, <u>trial</u>, or a post-trial hearing?

   ☑ Yes          ☐ No

8. Did you appeal from the judgment of conviction?

   ☑ Yes          ☐ No

9. If you did appeal, answer the following:

   (a) Name of court: Alabama Court of Criminal Appeals

   (b) Docket or case number (if you know): CR-18-0362

   (c) Result: Affirmed in part ; Remanded with Instructions

   (d) Date of Result (if you know): March 6, 2020

   (e) Citation to the case (if you know): CR-18-0362 / Page 36

   (f) Grounds raised: Five Grounds Raised / Please See Brief in Support

_____
_____
_____
_____
_____

(g)  Did you seek further review by a higher state court?  ☑ Yes   ☐ No

If yes, answer the following:

    (1)  Name of court: _Supreme Court of Alabama_

    (2)  Docket or case number (if you know): _1190502_

    (3)  Result: _Stricken as untimely filed by Appellate Attorney Donald L. Colee, Jr._

    (4)  Date of result (if you know): _March 26, 2020_

    (5)  Citation to the case (if you know): _N/A_

    (6)  Grounds raised: _(5) Same Grounds in Appeal Please See Brief in Support_

_____
_____

(h)  Did you file a petition for certiorari in the United States Supreme Court?  ☐ Yes  ☑ No

If yes, answer the following:

    (1)  Docket or case number (if you know): _____

    (2)  Result: _____

    (3)  Date of result (if you know): _____

    (4)  Citation to the case (if you know): _____

10.  Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?  ☑ Yes  ☐ No

11.  If your answer to Question 10 was "Yes," give the following information:

  (a)  (1)  Name of court: _Jefferson County Circuit Court_

      (2)  Docket or case number (if you know): _CC-2016-2693 / CC-2016-2694_

      (3)  Date of filing (if you know): _September 24, 2020_

      (4)  Nature of the proceeding: _Rule 32 / Request Out of time Appeal_

      (5)  Grounds raised: _(1) The petitioner failed to appeal within the prescribed time and that failure was without fault on the petitioners part._

_____
_____

_____

_____

_____

_____

(6)     Did you receive a hearing where evidence was given on your petition, application, or motion? ☐ Yes ☑ No

(7)     Result: _____ Granted _____

(8)     Date of result (if you know): _____ January 30, 2021 _____

(b)     If you filed any second petition, application, or motion, given the same information:

    (1)     Name of court: _____ Alabama Court of Criminal Appeals _____

    (2)     Docket or case number (if you know): _____ CR-20-0413 _____

    (3)     Date of filing (if you know): _____ March 7, 2021 _____

    (4)     Nature of the proceeding: _____ Show Cause Order issued by Court of Crim. Appeals _____

    (5)     Grounds raised: _____ Raised Five Seperate Grounds on Show Cause Order, however, some grounds cite cases and case law so they have not been included in the attached Brief _____

_____

_____

_____

_____

_____

(6)     Did you receive a hearing where evidence was given on your petition, application, or motion? ☐ Yes ☑ No

(7)     Result: _____ Dismissed _____

(8)     Date of result (if you know): _____ May 5, 2021 _____

(c)     If you filed any third petition, application, or motion, give the same information:

    (1)     Name of court: _____

    (2)     Docket or case number (if you know): _____

    (3)     Date of filing (if you know): _____

    (4)     Nature of the proceeding: _____

    (5)     Grounds raised: _____

_____

_____

_____
_____
_____
_____
_____
_____

    (6)    Did you receive a hearing where evidence was given on your petition, application, or motion?   ☐ Yes ☐ No

    (7)    Result: _____

    (8)    Date of result (if you know): _____

(d)    Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

    (1)    First petition:    ☑ Yes ☐ No

    (2)    Second petition:    ☑ Yes ☐ No

    (3)    Third petition:    ☐ Yes ☑ No

(e)    If you did not appeal to the highest state court having jurisdiction, explain why you did not: _____
Appellate Attorneys: Donald L. Colee, Jr. and Tiffanie Agee
did not appeal to the United States Supreme Court

12.    For this petition, state *concisely* every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date in a second or successive habeas corpus petition.

**GROUND ONE:** Conviction Obtained by a violation of the privilege against Self-incrimination

(a)    Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim):

(Please See Brief in Support)

_____

_____

_____

_____

(b)     If you did not exhaust your state remedies on Ground One, explain why: _Trial Counsel,_
_and both Appellate Counsels were Ineffective : Newly discovered_
_material facts exist which require that the conviction or sentence_
_be vacated by the court, because the facts relied upon were not_
_known by petitioner until he received his trial transcripts and_
_care fully reviewed them._

(c)     **Direct Appeal of Ground One:**

   (1)     If you appealed from the judgment of conviction, did you raise this issue: ☑ Yes  ☐ No

   (2)     If you did not raise this issue in your direct appeal, explain why: _Same as above_
_Newly Discovered Material Facts Exist_
_Please See Brief in Support_

(d)     **Post-Conviction Proceedings:**

   (1)     Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court:   ☐ Yes  ☑ No

   (2)     If your answer to Question (d)(1) is "Yes," state:

   Type of motion or petition: _____

   Name and location of the court where the motion or petition was filed: _____

   _____

   Docket or case number (if you know): _____

   Date of the court's decision: _____

   Result (attach a copy of the court's opinion or order, if available): _____

   _____

   _____

   (3)     Did you receive a hearing on your motion or petition?   ☐ Yes  ☐ No

   (4)     Did you appeal from the denial of your motion or petition?   ☐ Yes  ☐ No

   (5)     If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
   ☐ Yes  ☐ No

   (6)     If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7)   If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise the issue: _____

_____

_____

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: _____

_____

_____

_____

_____

**GROUND TWO:** Conviction Obtained by a Violation of the Protection Against Double Jeopardy

(a)   Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim):

(Please See Brief in Support)

_____

_____

_____

_____

_____

(b)   If you did not exhaust your state remedies on Ground Two, explain why: _____

_____

_____

_____

_____

_____

7

(c) **Direct Appeal of Ground Two:**

    (1)   If you appealed from the judgment of conviction, did you raise this issue: ☐ Yes ☑ No

    (2)   If you did not raise this issue in your direct appeal, explain why: _____
Ineffective Assistance of Counsel / Newly Discovered Material
Facts Exist   (Please See Brief in Support)

(d) **Post-Conviction Proceedings:**

    (1)   Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court:   ☐ Yes ☑ No

    (2)   If your answer to Question (d)(1) is "Yes," state:

       Type of motion or petition: _____

       Name and location of the court where the motion or petition was filed: _____

       _____

       Docket or case number (if you know): _____

       Date of the court's decision: _____

       Result (attach a copy of the court's opinion or order, if available): _____

       _____

       _____

    (3)   Did you receive a hearing on your motion or petition?   ☐ Yes ☐ No

    (4)   Did you appeal from the denial of your motion or petition?   ☐ Yes ☐ No

    (5)   If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

       ☐ Yes ☐ No

    (6)   If your answer to Question (d)(4) is "Yes," state:

       Name and location of the court where the motion or petition was filed: _____

       _____

       Docket or case number (if you know): _____

       Date of the court's decision: _____

       Result (attach a copy of the court's opinion or order, if available): _____

       _____

       _____

    (7)   If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise the issue: _____

       _____

       _____

(e)  **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: _____

_____

_____

_____

_____

**GROUND THREE:** *Conviction Obtained by Action of a Grand or Petit Jury Which Was Unconstitutionally selected and impaneled*

(a)  Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim):

*(Please See Brief in Support)*

_____

_____

_____

_____

_____

(b)  If you did not exhaust your state remedies on Ground Three, explain why: _____

*(Please See Brief in Support)*

_____

_____

(c)  **Direct Appeal of Ground Three:**

(1)  If you appealed from the judgment of conviction, did you raise this issue: ☑ Yes ☐ No

(2)  If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(d)  **Post-Conviction Proceedings:**

(1)  Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court:      ☐ Yes   ☑ No

(2)  If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3)   Did you receive a hearing on your motion or petition?   ☐  Yes   ☐  No

(4)   Did you appeal from the denial of your motion or petition?   ☐  Yes   ☐  No

(5)   If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?

☐   Yes   ☐   No

(6)   If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7)   If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not

raise the issue: _____

_____

_____

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: _____

_____

_____

_____

_____

**GROUND FOUR:** Denial of Effective Assistance of Counsel

_____

(a)   Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim):

_____

(Please See Brief in Support)

_____

_____

10

_____

_____

_____

(b)    If you did not exhaust your state remedies on Ground Four, explain why: _____

_Newly Discovered Material Facts Exist_

_(Please See Brief and Exhibits in Support)_

_____

(c)    **Direct Appeal of Ground Four:**

   (1)    If you appealed from the judgment of conviction, did you raise this issue: ☑ Yes ☐ No

   (2)    If you did not raise this issue in your direct appeal, explain why: _____
   _Trial and Appellate Counsels were not Effective_

   _____

(d)    **Post-Conviction Proceedings:**

   (1)    Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court:    ☐ Yes  ☑ No

   (2)    If your answer to Question (d)(1) is "Yes," state:

   Type of motion or petition: _____

   Name and location of the court where the motion or petition was filed: _____

   _____

   Docket or case number (if you know): _____

   Date of the court's decision: _____

   Result (attach a copy of the court's opinion or order, if available): _____

   _____

   _____

   (3)    Did you receive a hearing on your motion or petition?    ☐ Yes  ☐ No

   (4)    Did you appeal from the denial of your motion or petition?    ☐ Yes  ☐ No

   (5)    If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?
   ☐ Yes  ☐ No

   (6)    If your answer to Question (d)(4) is "Yes," state:

   Name and location of the court where the motion or petition was filed: _____

   _____

11

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7)   If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not

raise the issue: _____

_____

_____

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative

remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____

_____

_____

_____

_____

13.   Please answer these additional questions about the petition you are filing:

(a)   Have all grounds for relief that you have raised in this petition been presented to the highest state

court having jurisdiction?   ☐ Yes   ☑ No

If your answer is "No," state which grounds have not been so presented and give your reason(s)

for not presenting them: All Four Grounds were no presented because of

Ineffective Assistance of Counsel and because Newly Discovered

Material Facts Exist.

(Please See Brief in Support)

(b)   Is there any ground in this petition that has not been presented in some state or federal court? If

so, which ground or grounds have not been presented, and state your reasons for not presenting

them: Ground 2: Double Jeopardy and Ground 4: Ineffective Counsel

were not presented because of Ineffective Assistance of Counsel and

because Newly Discovered Material Facts Exist

(Please See Brief in Support)

14.   Have you previously filed any type of petition, application, or motion in a federal court regarding the

conviction that you challenge in this petition?   ☐ Yes   ☑ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the

issues raised, the date of the court's decision, and the result for each petition, application, or motion filed.

Attach a copy of any court opinion or order, if available. _____

_____

_____

_____

15.   Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?   ☐ Yes   ☑ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____

_____

_____

_____

16.   Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a)   At the preliminary hearing: John C. Robbins - 1901 6th Ave. N. Suite 3120 Birmingham, Alabama 35203 - Phone: 205-320-5270

(b)   At arraignment and plea: John C. Robbins

(c)   At trial: John C. Robbins

(d)   At sentencing: John C. Robbins

(e)   On appeal: Donald L. Colee Jr. - 1275 Centerpoint Parkway, Suite 100 Birmingham, Alabama 35215 - Phone: 205-592-4332

(f)   In any post-conviction proceeding: Donald L. Colee Jr.

(g)   On appeal from any ruling against you in a post-conviction proceeding: Tiffanie L. Agee 2024 3rd Ave. N. suite 313 Birmingham, Alabama 35203 - Phone: 205-938-4338

17.   Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   ☐ Yes   ☑ No

(a)   If so, give name and location of court that imposed the other sentence you will serve in the future:

_____

_____

(b)   Give the date the other sentence was imposed: _____

(c)   Give the length of the other sentence: _____

13

(d)     Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?     ☐ Yes   ☐ No

18.   **TIMELINESS OF PETITION:** If your judgment of conviction became final over one (1) year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.[1]

CR-20-0413
Certificate of Judgment   May 5, 2021
Appeal Dismissed / Petitioner has fully exhausted state remedies

---

[1] The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1)     A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a state court. The limitation period shall run from the latest of –

(A)     the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeing such review;

(B)     the date on which the impediment to filing an application created by state action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

(C)     the date on which the constitutional right asserted was initially recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D)     the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2)     The time during which a properly filed application for state post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the court grant the following relief: _____

_____ Please See Brief in Support _____

_____

_____

or any other relief to which petitioner may be entitled.


_____

Signature of Attorney (if any)



I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this
Petition for Writ of Habeas Corpus was placed in the prison on _April 14, 2022_____ (month, date, year).



Executed (signed) on _April 14, 2022_____
(date)



_____
Signature of Petitioner