DOCUMENT 202

**FILED**
2022 Apr-22 PM 12:41
U.S. DISTRICT COURT
N.D. OF ALABAMA
900

Exhibit A

```
 1    MR. ROBBINS:  Okay.
 2    THE COURT:  I'm not giving 3.  I'll give the
 3  definitions.
 4    I'm not giving 4.
 5    I'm not giving 5.
 6    Again, all of these definitions are in my
 7  charge.
 8    I'm not giving criminally negligent
 9  homicide.
10    So 5, 6 and 7 are out.  8 is out.
11    When I say "out," I mean refused.
12    I will give my own, the indictment is not
13  evidence.  It's not a circumstance.  I'll give
14  my very own reasonable doubt.  It's very
15  similar.
16    I will give Christopher Kemp is not on trial
17  for any act or conduct not alleged in the
18  indictment.
19    I will not give number 12.  I'll let you
20  make a record, John.
21    MR. ROBBINS: Oh, I'm sorry.  I'm sorry.  I
22  thought you were waiting until the end.  I'm
23  sorry.
24    THE COURT:  You're welcome to wait until the
25  end, if you'd like.
```

Exhibit A

```
 1      MR. ROBBINS:  Okay.
 2      THE COURT:  This is the one about all
        evidence, any oral, admission or other
        incriminating statements, et cetera, et cetera.
 5      MR. ROBBINS:  Judge, I think that's a
        correct statement of the law and there are -- I
        guess there is no oral -- there is no oral
        admissions.
 9      THE COURT:  According to him, it's not.  His
        testimony was auto-correct and auto-fill.
11      MR. ROBBINS:  Okay.  It's not an oral
        admission.
13      While we're on this point, there is no --
        the evidence that his father told the police
        that it was a -- he took a shower, that's not in
        evidence.  That can't be argued.
17      THE COURT:  That was a question.
18      MR. ROBBINS:  That was a question and he
        denied knowing that, so that's not been proven.
        That was just a question.
21      THE COURT:  So what?  You want me to tell
        Mr. Zarzour he can't argue that?
23      MR. ROBBINS:  Yes.
24      THE COURT:  Mr. Zarzour, you can't argue
        that.
```

Exhibit A

```
 1    MR. ZARZOUR:  Thank you, Judge.
 2    THE COURT:  12 is not given.
 3    13, I've got a question mark.  I don't
 4  recall, other than the defendant.  Testimony of
 5  a witness may be discredited or impeached by
 6  showing that the witness had previously made a
 7  statement.
 8    MR. ROBBINS:  There's not been
 9  any impeachment of either witness.  Either of
10  the 2 prime witnesses, no.
11    THE COURT:  I'll refuse that.
12    And then there's no witness that's testified
13  with a felony.
14    MR. ROBBINS:  No.
15    THE COURT:  That's refused.
16    MR. ROBBINS:  That was for Kelly, because
17  they had Kelly on their subpoena list.
18    THE COURT:  I will give 15.
19    MR. ROBBINS:  Okay.
20    THE COURT:  I will give 16.
21    I will not give 17.  I like my reasonable
22  doubt charge.  I think that's all covered.
23    MR. ROBBINS:  Okay.  Covered.
24    THE COURT:  If you'd like, I will give 18.
25  I think that is a correct statement.
```